## File Hashes for IP Address 216.15.52.122

**ISP:** RCN Corporation
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 02/19/2016 13:53:04 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 02/21/2015 14:33:40 | 2A21A01D7D37D64381E8B3389EDEF16656E308B3 | Competition |
| 11/15/2014 13:25:07 | 679583B4DE771AF53F3FBAC0FD17DEAE78745DAB | Deep Down In Me |
| 11/01/2014 14:26:18 | 1508C1EE19AC3880D7B33DB28B2CCE8B1E8964C3 | Exposed And Aroused |
| 10/26/2014 17:45:09 | 6EC332600AC989805D0D78F6B6B5C653CF337F95 | Dripping Desires |
| 03/01/2014 12:54:50 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 02/21/2014 16:31:24 | 6DABFD31619CDA7D348BCB0DA3D8B2D00D6AD4DA | Just the Three of Us |
| 02/07/2014 12:40:23 | 736F6750EEFC8618793CE25128DFA565C0AD1E6E | Submissive Seduction |
| 09/27/2013 15:52:29 | B4C91D80384D1FAB53AEA3F46FA5D49E288DCF38 | Almost Famous |
| 09/19/2013 16:28:01 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 09/14/2013 18:24:17 | F680AFD3ABDD3A3602CEE23C221BEADDF0F52C4F | A Perfect Match |
| 08/28/2013 22:17:01 | CB505B2E122D8449E85B64DF60AABD8A4E6943C8 | Girly Girls |
| 08/16/2013 02:55:59 | BA510602415CA2D79968F175C3C6114450B0F365 | Malibu Moments Part #2 |

**Total Statutory Claims Against Defendant: 13**

EXHIBIT A